

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TORCH, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0236 |
| | * | |
| GREGORY SUTHERLAND, | * | SECTION: "N" |
| PROFESSIONAL DIVERS OF NEW | * | (JUDGE CLEMENT) |
| ORLEANS AND EPIC DIVERS, INC. | * | |
| | * | MAGISTRATE (5) |
| | * | (MAGISTRATE JUDGE CHASEZ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Torch, Inc. and respectfully moves this Court for an Order dismissing, without prejudice, the claims asserted against Epic Divers, Inc. Torch, Inc. submits that no answer has been filed and therefore this matter can be dismissed, without prejudice.

Respectfully submitted,

**REICH, MEEKS & TREADAWAY, L.L.C.**

_____
ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#19739)
Two Lakeway Center, Suite 1830
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Torch, Inc.*

DATE OF ENTRY

MAR 1 5 2000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings either by facsimile transmission, hand delivery or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this /6 day of March, 2000.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TORCH, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0236 |
| | * | |
| GREGORY SUTHERLAND, | * | SECTION: "N" |
| PROFESSIONAL DIVERS OF NEW | * | (JUDGE CLEMENT) |
| ORLEANS AND EPIC DIVERS, INC. | * | |
| | * | MAGISTRATE (5) |
| | * | (MAGISTRATE JUDGE CHASEZ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that considering the law and Motion of counsel, the claim asserted against Epic Divers, Inc. be, and is hereby dismissed, without prejudice.

NEW ORLEANS, LOUISIANA this 14 day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE