

MINUTE ENTRY
CHASEZ, M.J.
JUNE 13, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TORCH, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0236 |
| GREGORY SUTHERLAND, ET AL. | SECTION: "N"(5) |

Oral argument on plaintiff's Motion to Tax Cost of Service will be conducted on June 28, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

---
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 1 4 2000

