

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 21 P 1: 58

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TORCH, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0236 |
| GREGORY SUTHERLAND, | * | SECTION "N" - MAGISTRATE 5 |
| PROFESSIONAL DIVERS OF NEW | | |
| ORLEANS AND EPIC DIVERS, INC. | * | JUDGE CLEMENT |
| | * | MAGISTRATE JUDGE CHASEZ |
| | * | |

### MOTION TO SUBSTITUTE ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT, OR ALTERNATIVELY EXONERATION FROM AND/OR LIMITATION OF LIABILITY

**NOW INTO COURT,** through undersigned counsel, comes the defendant, Professional

Divers of New Orleans, Inc., who moves this Honorable Court for an Order allowing defendant to

substitute the attached Answer to Complaint for Declaratory Judgment in place of its Answer

previously filed on June 15, 2000 for the reasons more fully set forth in the accompanying

memorandum.

DATE OF ENTRY
JUN 2 3 2000

Respectfully submitted:


_____
T. PATRICK BAYNHAM, T.A. (#16805)
STEVEN K. BEST (#1013)
ANTHONY REGINELLI, JR. (#17767)
Baynham, Best & Reginelli, L.L.C.
One Galleria Boulevard, Suite 1510
Metairie, Louisiana   70001
Telephone: (504) 837-3878
Attorneys for Defendant,
Professional Divers of New Orleans, Inc.


## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this ___19___ day of June, 2000, served the

foregoing pleading on all counsel of record by placing a copy of same in the United States Mail,

properly addressed and first class postage prepaid, or by hand delivery.


_____

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TORCH, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0236 |
| GREGORY SUTHERLAND, PROFESSIONAL DIVERS OF NEW ORLEANS AND EPIC DIVERS, INC. | * | SECTION "N" - MAGISTRATE 5 |
| | * | JUDGE CLEMENT |
| | * | MAGISTRATE JUDGE CHASEZ |
| | * | |

**O R D E R**

Considering the above and foregoing motion;

**IT IS HEREBY ORDERED** that defendant, Professional Divers of New Orleans, Inc., be

allowed to substitute the attached Answer to Complaint for Declaratory Judgment in place of its

Answer previously filed on June 15, 2000.

New Orleans, Louisiana, this _**22**_ day of _____*June*_____, 2000.

_____

**UNITED STATES DISTRICT JUDGE**

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TORCH, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0236 |
| GREGORY SUTHERLAND, PROFESSIONAL DIVERS OF NEW | * | SECTION "N" - MAGISTRATE 5 |
| ORLEANS AND EPIC DIVERS, INC. | * | JUDGE CLEMENT |
| | * | MAGISTRATE JUDGE CHASEZ |
| | * | |

**MEMORANDUM IN SUPPORT OF
MOTION TO SUBSTITUTE ANSWER TO COMPLAINT FOR
DECLARATORY JUDGMENT, OR ALTERNATIVELY
EXONERATION FROM AND/OR LIMITATION OF LIABILITY**

**MAY IT PLEASE THE COURT:**

On June 15, 2000, defendant, Professional Divers of New Orleans, Inc., filed its Answer to

Torch, Inc.'s Complaint for Declaratory Judgment.  In the first two paragraphs of defendant's

Answer, due to typographical error, two incorrect references were made to the parties named as

plaintiff and defendant in this matter.  In order that the Answer may reflect the correct parties,

defendant requests that it be allowed to substitute the attached Answer to Complaint for Declaratory

Judgment in place of its Answer previously filed on June 15, 2000.

4

Respectfully submitted:

_____
T. PATRICK BAYNHAM, T.A. (#16805)
STEVEN K. BEST (#1013)
ANTHONY REGINELLI, JR. (#17767)
Baynham, Best & Reginelli, L.L.C.
One Galleria Boulevard, Suite 1510
Metairie, Louisiana   70001
Telephone: (504) 837-3878
Attorneys for Defendant,
Professional Divers of New Orleans, Inc.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this *19th* day of June, 2000, served the

foregoing pleading on all counsel of record by placing a copy of same in the United States Mail,

properly addressed and first class postage prepaid, or by hand delivery.

_____

5