

MINUTE ENTRY
CHASEZ, M.J.
JUNE 27, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TORCH, INC.                                     CIVIL ACTION

VERSUS                                          NUMBER: 00-236

GREGORY SUTHERLAND,                             SECTION: "N"(5)
ET AL.

HEARING ON MOTION

APPEARANCES:

MOTION:

(1)  Plaintiff's Motion to Tax Cost of Service
     (scheduled for hearing on June 28, 2000).

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

ORDERED

DATE OF ENTRY
JUN 2 8 2000

| | | |
|---|---|---|
| _____ | : | Dismissed as moot. |
| _____ | : | Dismissed for failure of counsel to appear. |
| _____ | : | Granted. |
| _____ | : | Denied. |
| 1 | : | Other. In light of the stay order entered herein (rec. doc. 8), plaintiff's motion is dismissed without prejudice to its right to re-urge same if the case is re-opened. |

*ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE